HICKLAND *v.* THE STATE.—In error.

INDICTMENT alleging that a certain negro had come into the state since the 1st of *September*, 1831, without giving bond, &c., and that the defendant, knowing, &c., had hired him, &c. *Held*, that the act of 1831, entitled "An act concerning free negroes and mulattoes, servants

and slaves," on which the indictment was founded, is not unconstitutional. R. S. 1831, p. 375.—R. S. 1838, p. 418.— *The State* v. *Cooper*, 5 Blackf. 258.—*Baptiste* v. *The State*, *Id.* 283.